FILED 15 APR '26 11:32 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr- 00101-AN |
| v. | **INDICTMENT** |
| ROBERTO CARLOS PEREZ, | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | **Forfeiture Allegations** |

### THE GRAND JURY CHARGES:

#### COUNT 1
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))**

On or about January 25, 2025, within the District of Oregon, defendant **ROBERTO CARLOS PEREZ** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

#### COUNT 2
**(Felon in Possession of a Firearm)**
**(18 U.S.C. §§ 922(g)(1) and 924(a)(8))**

On or about January 25, 2025, within the District of Oregon, defendant **ROBERTO CARLOS PEREZ**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to include:

**Indictment**                                                                                   Page 1

A.     Burglary, on or about January 2020, in Spokane County Superior Court, State of Washington, Case Number 191032198; and,

B.     Burglary, on or about March 2019, in Spokane County Superior Court, State of Washington, Case Number 181016925,

did knowingly and unlawfully possess the following firearm, to-wit: a Glock pistol, model 43x, 9mm, serial number BMDS099, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of the offense in Count 1, defendant **ROBERTO CARLOS PEREZ** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

///

///

///

**Indictment**                                                        **Page 2**

## FORFEITURE ALLEGATION
### (Firearm Offense)

Upon conviction of the firearm offense as alleged in Count 2, defendant **ROBERTO CARLOS PEREZ** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense.

Dated: April __14__, 2026.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney

Indictment

Page 3